Forth & Forth for appellant; Harry Faulkner, for appellees. Opinion by JUSTICE SCHEINEMAN. Not to be published in full. Opinion filed January 30, 1953; rehearing denied February 24, 1953; released for publication March 4, 1953.

## William Terry, Plaintiff-Appellant, v. Steve Hearns and Lydia Hearns, Defendants-Appellees.

### Term No. 52–O–19.

John J. Driscoll, and Louis Beasley, for appellant; Gilbert Rosch, for appellees. Opinion by JUSTICE SCHEINEMAN. Not to be published in full. Opinion filed January 30, 1953; released for publication March 4, 1953.

## Marcella Mae Clark and Imogene Propes, Plaintiffs-Appellees, v. Charles Rowatt, Defendant-Appellant.

### Term No. 52–O–24.